FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SRS DISTRIBUTION, INC., a foreign corporation; SRS DISTRIBUTION d/b/a STONEWAY ROOFING SUPPLY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PALMER CONSTRUCTION, a Washington sole proprietor business; JENNIFER and GILBERT PALMER, individually and the martial community,<br><br>Defendants. | No. 2:24-CV-00210-RLP<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Stipulation of the parties, ECF No. 18, the Clerk of the Court shall enter judgment of dismissal of the Complaint and the claims therein without prejudice and without costs or fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

DATED: March 10, 2025.

_____
Rebecca L. Pennell
United States District Judge

ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE * 1