# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 10, 2025**

SEAN F. McAVOY, CLERK

SRS DISTRIBUTION, INC., a foreign corporation; SRS DISTRIBUTION d/b/a STONEWAY ROOFING SUPPLY, a foreign corporation, )
*Plaintiff* )
v. )
PALMER CONSTRUCTION, a Washington sole proprietor business; JENNIFER and GILBERT PALMER, individually and the martial community, )
*Defendant* )

Civil Action No. 2:24-CV-00210-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Stipulation of the parties, ECF No. 18, the Complaint and the claims therein are dismissed without prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rebecca L. Pennell


Date: 5/10/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams